IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOHNNY BRANTLEY, individually   *
and on behalf of others   *
similarly situated, et al.,   *
  *
    Plaintiffs,   *
  *   CV 114-022
    v.   *
  *
FERRELL ELECTRIC, INC.,   *
JAMES N. FERRELL, and   *
CHRISTIE C. FERRELL,   *
  *
    Defendants.   *

## O R D E R

Presently pending before the Court is the parties' Consent Motion to Amend Complaint. (Doc. 35.) On January 20, 2014, Plaintiffs initiated the instant suit, styled as an "opt-in" collective action, asserting violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (Doc. 1.) The allegations generally focus on Defendants' alleged failure to pay straight time and overtime to current and former employees when those employees returned to Defendants' place of business at the end of each work day and spent time loading, unloading, cleaning and maintaining Defendants' work trucks. On August 6, 2014, Plaintiffs filed their motion to conditionally certify the class. (Doc. 25.)

Plaintiffs now seek to proceed as an individual action rather than collectively, and Defendants consent. Having

mutually agreed, Plaintiffs' Motion to Amend (Doc. 35) is **GRANTED**. Plaintiffs shall have **SEVEN (7) DAYS** from the date of this Order to file the **FIRST AMENDED COMPLAINT** in accordance with the terms of this Order as a stand-alone entry on the docket. The Clerk is therefore **DIRECTED** to **TERMINATE** Plaintiffs' Motion for Conditional Class Certification. (Doc. 25.) Defendants shall have **TWENTY-ONE (21) DAYS** from the date of this Order to answer or otherwise respond to Plaintiffs' First Amended Complaint.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of October, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA