IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOHNNY BRANTLEY, GARY EDWARD  \*
FLETCHER, ROBERT M. POU, and   \*
BRANNON STUART, individually   \*
and on behalf of others        \*
similarly situated,            \*
                               \*
    Plaintiffs,                \*
                               \*     CV 114-022
    v.                         \*
                               \*
FERRELL ELECTRIC, INC.,        \*
JAMES N. FERRELL, and          \*
CHRISTIE C. FERRELL,           \*
                               \*
    Defendants.                \*

# ORDER

Under Local Rule 41.1, the Court may, after notice, dismiss any action with or without prejudice for want of prosecution if a party (1) fails to comply with an order compelling discovery; (2) willfully disobeys or neglects any order of the Court; or (3) fails to prosecute the action with reasonable promptness. Upon a review of the record, the Court finds that Plaintiffs Gary Edward Fletcher and Brannon Stuart have failed to comply with an order of this Court. Specifically, on December 16, 2014, this Court directed Mr. Fletcher and Mr. Stuart to notify the Court whether they intended to pursue this matter any further given their apparent lack of communication and cooperation with counsel of record. (Doc. 58.) As the Court

ultimately granted their counsel's motion to withdraw on the same grounds, the Court further ordered that Mr. Fletcher and Mr. Stuart inform the Court whether they intended to proceed *pro se* or to seek new legal counsel. (Id.) The Court granted Mr. Fletcher and Mr. Stuart fifteen days — through the close of business on December 31, 2014 — to respond, but they have yet to do so.

Accordingly, Gary Edward Fletcher's and Brannon Stuart's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court **DIRECTS** the **CLERK** to **TERMINATE** Gary Edward Fletcher and Brannon Stuart as plaintiffs in this action and all deadlines and motions pertaining to them.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA