IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY BRANTLEY and ROBERT M. POU, | * * * | |
| Plaintiffs, | * * | |
| v. | * | CV 114-022 |
| FERRELL ELECTRIC, INC.; JAMES N. FERRELL; and CHRISTIE C. FERRELL, | * * * * * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is the parties' Joint Stipulation of Dismissal as to Defendant Christie C. Ferrell. (Doc. 71.) The parties in this matter stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiffs' claims against Ms. Ferrell with prejudice. Accordingly, the Court **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims against Defendant Christie C. Ferrell. The Clerk **SHALL TERMINATE** Christie C. Ferrell as a defendant in this action and all deadlines and motions pertaining to her. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA