IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOHNNY BRANTLEY and ROBERT M. POU,

    Plaintiffs,

v.

FERRELL ELECTRIC, INC. and JAMES N. FERRELL,

    Defendant.

1:14-cv-22

ORDER

Presently before the Court is the parties' Second Joint Status Report. (Doc. 116). In their status report, the parties request to stay the proceedings until November 9, 2015. They indicate that arbitration over attorneys' fees is presently pending and they expect a decision by November 6, 2015. Upon consideration, the Court **ORDERS** the case **STAYED** until **November 9, 2015**. The parties are **DIRECTED** to file a joint status report no later than **5:00 p.m. on November 9, 2015**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA