IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOHNNY BRANTLEY et al.,

    Plaintiffs,

v.

FERRELL ELECTRIC, INC. and
JAMES N. FERRELL,

    Defendants.

CV 114-022

**O R D E R**

Currently before the Court is Defendants' motion for permission to seek an interlocutory appeal under 28 U.S.C. § 1292(b). (Doc. 143.) Upon consideration, the Court **DENIES** Defendants' motion.

**ORDER ENTERED** at Augusta, Georgia this 29th day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA