IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JOHNNY BRANTLEY, et al.      *
                             *
    Plaintiffs,              *
                             *
v.                           *
                             *    CV 114-022
FERRELL ELECTRIC, INC., et al. *
                             *
    Defendants.              *
                             *
                             *
                             *
```

**O R D E R**

This case is set for jury selection and trial beginning on Monday, January 9, 2017 at 9:00 a.m. A pretrial conference has been set for Wednesday, January 4, 2017 at 10:00 a.m. After reviewing the record in this case, particularly the proposed settlement agreements submitted by the parties but not approved, the Court finds that this matter may best be resolved through the use of mediation.

Therefore, it is **ORDERED** that the parties shall appear before the Honorable Brian K. Epps, United States Magistrate Judge on **January 4, 2017 at 10:00 a.m. in Courtroom 1**, United States District Courthouse, Augusta, Georgia for mediation.

Should mediation prove unsuccessful, the parties and their counsel shall appear for a pretrial conference on **Friday, January 6, 2017 at 10:00 a.m., Courtroom 2.**

**ORDER ENTERED** at Augusta, Georgia this 21st day of December, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA