## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY BRANTLEY AND ROBERT M. POU, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE No. 1:14-cv-00022-JRH-BKE |
| v. | ) ) | |
| FERRELL ELECTRIC, INC. AND JAMES N. FERRELL, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SETTLEMENT

NOW COME THE DEFENDANTS, pursuant to the Court's most recent Order in this matter [Docket No. 172], and file the Settlement Agreements reached in this matter concurrently herewith.  Defendants also hereby notify the Court that all amounts due to each Plaintiff pursuant to the terms of said Settlement Agreements was tendered to Plaintiffs' counsel on January 13, 2017.

Respectfully submitted this 16th day of January, 2017.

       /s/ *John R. B. Long*
JOHN R. B. LONG, ESQ.
Georgia State Bar No. 516133
Attorney for Defendants

OF COUNSEL:

JOHN R. B. LONG, P.C.
411 TELFAIR STREET
AUGUSTA, GEORGIA 30901
(706) 868-8011 Telephone
(706) 868-8041 Fax

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 16th day of January, 2017, served opposing counsel with an electronic copy of the foregoing NOTICE by to ensure proper delivery upon:

John P. Batson
P.O. Box 3248
Augusta, Georgia 30914

Arthur Shealy
Shealy Law Office
1010 Old Plantation Rd.
North Augusta, SC 29841

by transmitting a copy of the same pursuant to the local CM/ECF guidelines.

**JOHN R. B. LONG**
**ATTORNEY FOR DEFENDANTS**

/s/ *John R. B. Long, Esq.*
Georgia Bar No. 516133
John R. B. Long, P.C.
411 Telfair Street
Augusta, Georgia 30901
(706) 868-8011
jlongattorney@aol.com