# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

JOHNNY BRANTLEY et al.,

    Plaintiffs,

v.

FERRELL ELECTRIC, INC. and
JAMES N. FERRELL,

    Defendants.

CV 114-022

**O R D E R**

Plaintiffs filed this FLSA lawsuit three years ago in January 2014. In the fall of 2015, the parties mediated the case and purported to settle the merits of the case for approximately $22,000. (See Docs. 141-1, 141-2, 141-3.) Soon after the mediation, the parties arbitrated attorneys' fees, and the arbitrator awarded Plaintiffs' counsel over $25,000 in fees and costs. (See Docs. 141-4, 141-5.)

Despite the parties' compromise, this case has remained pending for over a year. Following the mediation, the parties began a battle about whether the agreements had to be filed on the Court's docket. Once the Court made clear that they did, the parties filed the agreements with the Court, and the Court rejected the agreements because they contained impermissible

language. Instead of mutually agreeing to remove the rejected language, the parties inexplicably continued to litigate about the original agreements.

Finally, on January 4, 2017, the parties executed new agreements, which the Court approved the same day. (See Docs. 171, 174, 175, 176.) Under these new agreements, which lack the impermissible language found in the original agreements, the parties settled for similar amounts as they did in 2015.

Plaintiffs' counsel now request over $60,000 in attorneys' fees and costs that they claim they have incurred since the mediation. After careful consideration, the Court **DENIES** this request and will award no additional fees or costs. The Clerk is **ORDERED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 24th day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA